DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUIS ADAM,**
Appellant,

v.

**HIGHLAND HOUSE OF PALM BEACH CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D21-1098

[July 7, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2018-CA-007778-XXXX-MB.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and A. Max Zaretsky of Zaretsky Law Group, West Palm Beach, for appellant.

Robert Rivas of Sachs Sax Caplan, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***